FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0719
_____

JAMES RUSSELL JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.

September 9, 2024


PER CURIAM.

DISMISSED as untimely.

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Russell Johnson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.